The Honorable John C. Coughenour
Trial Date: September 11, 2006

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPECIALTY SURPLUS INSURANCE COMPANY, an Arizona corporation,<br><br>Plaintiff,<br><br>v.<br><br>SECOND CHANCE, INC., a Washington corporation; JOHN MOELLER, a single person, PIONEER HUMAN SERVICES; BRENDA CROCKETT, REBECCA ALLEN; BRENDA ANGELES; MONICA LYNN BABALOLA; REGINA LEE BANKS; LOLA SULLIVAN BARNES; KIMBERLY BARNETT; JUDITH BARRON; SUSAN BLAINE; TIFFANY BOOKER; JERRI BOSKOFSKY; KENNETH S. BOSKOFSKY; TANYA CAMPOS; ARTISKA CANDELARIO; JEANETT CHARLES; MARVIN LEWIS CHARLES; CHRISTINE CHRIST; STEPHANIE CLARY; SADIE COLEMAN; ROBERT D. CONNELLY; WILLIAM COX; MONICA CUMMINGS; SHARRI A. DESPRES; LISA DOIGHERTY; TERRY EISEMANN; ELSIE EISEMANN; JUDITH EMLER; PHILLIP W. EMLER; DELORES FANE; CARRIE FERRON; CHARLOTTE WILCOX GAINES; ANTOINETTE GANE; MICHELLE GARZA; CHRISTOPHER GARZA; ERIC GILGE; LISA GILGE; CHANEL GUY; SHARON HARRIS; KERRY HATZENBIHLER; TERRY | CONSOLIDATED<br><br>No. C03-0927C<br><br>**ORDER GRANTING PIONEER HUMAN SERVICES' MOTION FOR SUMMARY JUDGMENT** |

PHS'S PROPOSED ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT - (No. C03-0927C) - 1
291/493905.01
012506/1000/46248.00094

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

| | |
|---|---|
| 1 | HOLLIS; MARIAN ANDERSON FOR MICHAEL HOLLOWAY; DELORES HOSKINS; KARLA HOUCK; DANIEL HOUCK; DALE WAIPUNA ISRAEL; EVELYN JACKSON; KATHRYN JACOBSON; LURECTIA JOHNSON; RONALD JONES; STEPHANIE JONES; APRIL JONES; JINSI JUNDT; BRAIN KELLEY; KIMBERLY KOERBER; ZIGGI D. LAINE; LOR LEWIS; DAVID MARTINEAU; DIEDRE ROSITA MAZIQUE; DIONNE MIRANDA; SUSAN MOSKALSKI; CHRYSTAL PHELPS; CAROLYN PHILLIPS; SPRING PINKNEY; JENNIFER D. PLAISTED; SHEILA POSLEY; BRIDGET R. PRESSLEY; TERESA RINALDI; RICHARD L. ROGERS; STEPHANIE ROOS; MS. CAROL SANDE; SHIELA A. SANDERSON; DOUGLAS FRANKLIN SCOFIELD; PATRICIA SHOPE; VERONICA SMALL; ELAYNE SMALLWOOD; CHARLENE SMITH; LANCE SMITH; KARIN SORENSON; ESTHER TATE; TERRI (OWEN) THOMAS; KELLY THOMPSON; EDNA JANINE THORNTON; CARLA TODD; GERISHA COLEMAN TURNER; JERRY TURNER; SANDRA VICTORIA; LEAH WARRICK; KAREN DENISE WATKINS; TINA WESTON; CHARLOTTE WILCOX-GAINES; ETHEL WILLIAMS; MARY WILSON; JOHN WOODARD; NANCY WOODARD; LAURA WYATT; ANN MARIE KARLS ZACHARIASEN, |
| | Defendants. |

THIS MATTER came before the undersigned judge of the above-entitled Court on Defendant Pioneer Human Services' Motion for Summary Judgment.

The Court having considered the Motion, Response, Reply(s), if any, and the files and records herein, NOW, THEREFORE,

PHS'S PROPOSED ORDER GRANTING MOTION FOR SUMMARY JUDGMENT - (No. C03-0927C ) - 2
291/493905.01
012506/1000/46248.00094

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600

1  Having considered the aforementioned pleadings and having heard the
2  argument of counsel, the Court has concluded that there are no genuine issues of
3  material fact and that Defendant Pioneer Human Services is entitled to judgment
4  as a matter of law on each and every of Plaintiff's claims.

5  NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND
6  DECREED that Defendant Pioneer Human Services' Motion for Summary
7  Judgment is hereby GRANTED.  Pioneer Human Services is DISMISSED as a
8  party litigant.

9  DONE in open Court this 25th day of January, 2006.

_____
HONORABLE JOHN C. COUGHENOUR

Presented by:

RIDDELL WILLIAMS P.S.


By   s/Mona K. McPhee
         Robert M. Howie, WSBA # 23092
         Mona K. McPhee, WSBA # 30305
         Attorneys for Defendant
         Pioneer Human Services

PHS'S PROPOSED ORDER GRANTING MOTION FOR
SUMMARY JUDGMENT - (No. C03-0927C ) - 3
291/493905.01
012506/1000/46248.00094

Riddell Williams P.S.
1001 FOURTH AVENUE PLAZA
SUITE 4500
SEATTLE, WA 98154-1065
(206) 624-3600