UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>SECOND CHANCE, INC., et al. and BRENDA CROCKETT, et al.,<br><br>        Defendants. | CASE NO. C03-0927C<br><br>ORDER |

This matter has come before the Court on the Crockett Counterclaimants' motion to further bifurcate the trial (Dkt. No. 230). Having considered the papers filed by the parties in support of and in opposition to the motion, the Court hereby DENIES the motion.

Federal Rule of Civil Procedure 42(b), which authorizes bifurcation, is written in permissive, as opposed to mandatory, language. In this case, though bifurcation as proposed by the Crockett Counterclaimants is a reasonable option, the Court does not find that a single liability trial will over-tax the jury's ability to consider the issues and render a decision.

Accordingly, the motion is DENIED.

SO ORDERED this <u>24th</u> day of August, 2006.

                                                                                 UNITED STATES DISTRICT JUDGE

ORDER – 1